1  **JAMES M. CHAVEZ**
   California State Bar No. 255766
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   james_chavez@fd.org
5
6  Attorneys for Mr. Magana-Oliva

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )    Case No. 08mj2434
                                   )
12              Plaintiff,         )
                                   )
13 v.                              )
                                   )    **NOTICE OF APPEARANCE**
14 **ARTURO MAGANA-OLIVA,**        )
                                   )
15              Defendant.         )
                                   )

16

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 James M. Chavez, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in

19 the above-captioned case.

20                                          Respectfully submitted,

21 Dated: August 12, 2008                    *s/ James M. Chavez*
                                             Federal Defenders of San Diego, Inc.
22                                           *james_chavez@fd.org*

**JAMES M. CHAVEZ**
California State Bar No. 255766
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
james_chavez@fd.org

Attorneys for Mr. Oliva-Magana

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08mj2434 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **PROOF OF SERVICE** |
| **ARTURO MAGANA-OLIVA**, | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

    ASSISTANT UNITED STATES ATTORNEY
    Efile.dkt.gc1@usdoj.gov

Dated: August 12, 2008                  s/ *James M. Chavez*
                                                               JAMES M. CHAVEZ
                                                               Federal Defenders of San Diego, Inc.,
                                                               225 Broadway, Suite 900
                                                               San Diego, CA 92101-5030
                                                               (619) 234-8467  (tel)
                                                               (619) 687-2666  (fax)
                                                               e-mail: james_chavez@fd.org